**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JAMIEL VAUGHN,

    Plaintiff,

v.                                                                                                   Case No. 15-10907

OFFICER STEVEN TOWNSEND,

    Defendant.
                                              /

**ORDER CANCELLING SCHEDULING CONFERENCE**

The parties have filed a 26(f) discovery plan, stating:

The parties have not commenced discovery by any agreement. We recommend that the Court enter a general discovery order allowing Plaintiff to obtain discovery regarding Officer Townsend's traffic stop and Garrity Hearing regarding the incident. This is a standard case, and thus discovery should be completed by September 17, 2015.

The court accepts the parties' suggestion and will enter a scheduling order accordingly.   The parties also offered that ". . . they are interested in promptly resolving this matter. We request that facilitation be conducted to resolve this case."   The court will schedule a telephone conference after about 45 days of discovery to further discuss facilitation.

**IT IS ORDERED** that the April 16, 2015 scheduling conference is CANCELLED.


                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated:   April 14, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 14, 2015, by electronic and/or ordinary mail.

                                                 S/Lisa Wagner
                                                 Case Manager and Deputy Clerk
                                                 (313) 234-5522