UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIEL VAUGHN,

    Plaintiff,

v.   Case No. 15-10907

STEVEN TOWNSEND,

    Defendant.
                                       /

**ORDER OF DISMISSAL**

On February 1, 2016, the parties appeared for a settlement conference and successfully arrived at a mutually agreeable resolution to this matter. The court expects that the terms of their resolution will be memorialized in writing forthwith.  Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice to the right of either party to move by **April 3, 2016**, to vacate this order if the settlement is not finalized.  After **April 3, 2016**, this dismissal is with prejudice.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated:  February 4, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 4, 2016, by electronic and/or ordinary mail.

                                            s/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522